*E-FILED - 1/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO P. PINA, | ) | No. C 10-3784 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| WARDEN LEWIS, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Upon initial screening of the complaint, on November 30, 2010, the court identified several deficiencies in the original complaint and dismissed the complaint with leave to amend. In the order, the court ordered plaintiff to file an amended complaint curing the noted deficiencies within thirty days of the filing date of the order. The court warned that if he failed to file a response within the court's deadline, it would result in the dismissal of this action without prejudice. To date, no amended complaint has been received. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 1/25/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.10\Pina784dis.wpd