IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO P. PINA, | ) | No. C 10-3784 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| WARDEN LEWIS, et al., | ) | |
| Defendants. | ) | |

On August 25, 2010, plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 30, 2010, the court granted plaintiff's application for leave to proceed in forma pauperis, and dismissed the complaint with leave to amend within thirty days. On January 27, 2011, having received no further communication from plaintiff, the court dismissed this action and closed the case. On September 26, 2011, plaintiff filed the instant motion for reconsideration, claiming that he had never received the order dismissing the complaint with leave to amend, nor the subsequent order of dismissal and judgment.

Giving plaintiff the benefit of the doubt, on November 17, 2011, the court granted his motion for reconsideration and re-opened this action. The court directed plaintiff to file an amended complaint within thirty days of the date of the order. More than thirty days have passed since the court's directive, and plaintiff has not communicated with the court nor filed his

Order of Dismissal
P:\pro-se\sj.rmw\cr.10\Pina784dis2

1 | amended complaint.
2 |       Accordingly, the instant action is DISMISSED without prejudice. The clerk shall close
3 | the file.
4 |       IT IS SO ORDERED.
5 | DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.10\Pina784dis2        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PABLO PINA,

        Plaintiff,

  v.

LEWIS et al,

        Defendant.

Case Number: CV10-03784 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo P. Pina D-28079
California State Prison-Corcoran III
 P. O. Box 3476
 4A 3R-8L
Corcoran, CA 93212

Dated: March 6, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk