IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO P. PINA, | ) | No. C 10-3784 RMW (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| WARDEN LEWIS, et al., | ) ) | |
| Defendants. | ) ) | |

On August 25, 2010, plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 30, 2010, the court granted plaintiff's application for leave to proceed in forma pauperis, and dismissed the complaint with leave to amend within thirty days. Since then, the court has dismissed this action two times for failing to file a timely amended complaint. (Docket Nos. 7, 17.) The court has also re-opened this action two times after plaintiff claimed that he never received the orders dismissing his complaint and granting reconsideration. (Docket Nos. 15, 36.)

On October 24, 2012, plaintiff filed a first amended complaint. (Docket No. 39.) On January 22, 2013, the court dismissed the amended complaint with leave to amend. (Docket No. 40). In that order, the court directed plaintiff to file a second amended complaint that would cure the deficiencies specified in the order. More than thirty days have passed since the court's directive, and plaintiff has not communicated with the court nor filed his second amended

Order of Dismissal
P:\pro-se\sj.rmw\cr.10\Pina784dis2

1 complaint. The certificate of service attached to the court's order shows that the court mailed the
2 order to plaintiff on January 22, 2013. There is no indication that plaintiff failed to receive it,
3 nor that the mail was not delivered.
4     Accordingly, the instant action is DISMISSED without prejudice. The clerk shall close
5 the file.
6     IT IS SO ORDERED.
7 DATED: _____

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.10\Pina784dis2      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PABLO PINA,

        Plaintiff,

  v.

LEWIS et al,

        Defendant.

Case Number: CV10-03784 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo P. Pina D-28079
Pelican Bay State Prison
P. O. Box 7500
D-2; #122 SHU
Crescent City, CA 95531

Dated: March 27, 2013

                                  Richard W. Wieking, Clerk
                                  By: Jackie Lynn Garcia, Deputy Clerk