**E-FILED on 12/17/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PABLO PINA,**<br><br>          Plaintiff,<br><br>    v.<br><br>**LIEUTENANT J. DIGGLE,**<br><br>          Defendant. | Case No. C 10-3784 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION, NUNC PRO TUNC** |

Defendant J. Diggle filed a request for extension of time, nunc pro tunc, up to and including January 13, 2015, in which to file a dispositive motion.

The Court has read and considered Defendant's request and the accompanying declaration of counsel, and finds good cause exists to grant the request.  Accordingly, Defendant's request for an extension of time is GRANTED.  The time for Defendant to file a dispositive motion is extended for sixty-days, up to and including January 13, 2015.

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than twenty-eight (28) days from the date Defendant's motion is filed.

/ / /

/ / /

/ / /

1

[] Order (C 10-3784 RMW (PR))

1   Defendant shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition
2  is filed.
3   IT IS SO ORDERED.
4  Dated: _____          *Ronald M. Whyte*
5                                                  The Honorable Ronald M. Whyte

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


PABLO PINA,

          Plaintiff,

  v.

DIGGLE, et al,

          Defendant.

Case Number: CV10-03784 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Pablo P. Pina D-28079
Corcoran State Prison
PO Box 5244
SAT-F/ASU-178
Corcoran, CA 93212


Dated: December 17, 2014

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk