IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PABLO PINA,**<br><br>Plaintiff,<br><br>v.<br><br>**LIEUTENANT J. DIGGLE,**<br><br>Defendant. | Case No. C 10-3784 RMW (PR)<br><br>**[ ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants J. Diggle and G. Lewis filed a request for extension of time, up to and including March 16, 2015, in which to file a dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED. The time for Defendants to file a dispositive motion is extended for sixty-two-days, up to and including March 16, 2015.

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than twenty-eight (28) days from the date Defendants' motion is filed.

/ / /

/ / /

/ / /

1

[] Order (C 10-3784 RMW (PR))

1      Defendants shall file a reply brief no later than fourteen (14) days after Plaintiff's

2 opposition is filed.

3      IT IS SO ORDERED.

5  Dated: _____         *Ronald M. Whyte*
                                               _____
6                                              The Honorable Ronald M. Whyte

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PABLO PINA,

          Plaintiff,

  v.

LIEUTENANT J. DIGGLE,

          Defendant.

Case Number: CV10-03784 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo P. Pina D-28079
Corocoran State Prison
PO Box 5244
SAT-F/ASU-178.
Corcoran, CA 93212

Dated: February 11, 2015

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk