IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO P. PINA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIEUTENANT DIGGLE,<br><br>　　　　Defendant. | No. C 10-3784 RMW (PR)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br>(Docket No. 107) |

Plaintiff, proceeding pro se, filed a third amended civil rights complaint pursuant to 42 U.S.C. § 1983. On March 16, 2015, defendant filed a motion for summary judgment. (Docket No. 92.) On April 27, 2015, this court granted plaintiff an extension of time to file an opposition until May 26, 2015. (Docket No. 106.) Pending before this court is a motion from plaintiff for an extension of time to file an opposition. Given the court's previous order, plaintiff's motion is not necessary and therefore, **DENIED** as moot.

This order terminates docket number 107.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Motion for Extension of time to file Opposition
P:\PRO-SE\RMW\CR old\CR.10\Pina784eot-opp-moot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PABLO PINA,

         Plaintiff,

  v.

LEWIS et al,

         Defendant.

Case Number: CV10-03784 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo P. Pina D-28079
Corocoran State Prison
PO Box 5244
SAT-F/ASU-178.
Corcoran, CA 93212

Dated: April 27, 2015

                                            Richard W. Wieking, Clerk
                                            By: Jackie Lynn Garcia, Deputy Clerk