IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO P. PINA, | ) No. C 10-3784 RMW (PR) |
| Plaintiff, | ) ORDER GRANTING MOTION FOR |
| v. | ) EXTENSION OF TIME TO FILE |
| | ) OPPOSITION; GRANTING |
| LIEUTENANT DIGGLE, et al. | ) MOTION TO STAY DISCOVERY |
| Defendants. | ) |
| | ) (Docket Nos. 103, 124, 133) |

Plaintiff, proceeding pro se, filed a third amended civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment arguing inter alia, that they are entitled to qualified immunity. (Docket No. 92.) Plaintiff has filed a motion for extension of time within which to file an opposition.

Plaintiff's opposition was due on July 10, 2015. On June 29, 2015, plaintiff filed a motion requesting additional time to file an opposition. (Docket No. 124.) On July 27, 2015, plaintiff filed a letter indicating that, on July 10, 2015, he had sent an opposition to defendants' motion for summary judgment to the court and a copy to defendants. He asserts that he received a notice from the post office that the envelope addressed to the defendants was empty and the post office indicated that it would search for the lost documents. On August 10, 2015, upon receiving a docket of these proceedings, plaintiff filed a letter indicating that he would send to the court another copy of the opposition he originally sent on July 10, 2015. Plaintiff also filed a motion in opposition to defendants' reply asserting that the motion for summary judgment

1  should be granted because plaintiff had failed to file an opposition.

2      Having considered the facts as presented by plaintiff, and in the interest of justice,
3  plaintiff's motion for an extension of time is GRANTED.  (Docket No. 124.)  Plaintiff's
4  opposition shall be filed **no later than August 31, 2015.**  Defendants' reply shall be filed **within**
5  **fourteen (14) days** of the filing date of plaintiff's opposition.  **No further requests for an**
6  **extension of time shall be granted.**

7      Defendants have also filed a motion to stay discovery.  (Docket No. 103).  As a general
8  rule, a district court should stay discovery until the issue of qualified immunity is resolved.  See
9  Crawford-El v. Britton, 523 U.S. 574, 598 (1998); Harlow v. Fitzgerald, 457 U.S. 800, 818
10  (1982).  Accordingly, defendants' motion to stay discovery until the court has ruled on the issue
11  of qualified immunity is hereby GRANTED.  (Docket No. 103.)

12      This order terminates docket numbers 103, 124 and 133.

13      IT IS SO ORDERED.

14  DATED:  _____     _____
                           RONALD M. WHYTE
15                         United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PABLO PINA,

        Plaintiff,

  v.

LIEUTENANT DIGGLE, et al.,

        Defendant.

Case Number: CV10-03784 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo P. Pina D-28079
Corcoran State Prison
PO Box 5244
SAT-F/ASU-178.
Corcoran, CA 93212

Dated: August 11, 2015

                                Richard W. Wieking, Clerk
                                By: Jackie Lynn Garcia, Deputy Clerk